COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     *In re Fort Bend Independent School District*

Appellate case number:   01-18-01113-CV

Trial court case number: 18-DCV-251366

Trial court:             434th District Court of Fort Bend County

Date motion filed:       November 1, 2019

Party filing motion:     Real Party in Interest

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

In this Court's October 3, 2019 opinion, we directed the trial court to vacate its July 26, 2019 order appointing the Guardian ad Litem and its August 6, 2019 order reappointing the Master in Chancery and to issue an order dismissing the underlying proceeding. We are confident the trial court will promptly comply. Accordingly, our writ of mandamus will issue only if the trial court does not comply within thirty days of the date of this order.

Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Keyes and Landau

Date: December 3, 2019